Date/Time Printed: 09/16/2014 14:40:35　　　　　　　　　　　　　　　　　　　　　　　　　　　14-42255
Printed By / Reason: #HANHD1 / PER CC CARL BECKER

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INCIDENT REPORT
## 14 - 42255 - ORIGINAL

### INCIDENT DATA

| Field | Value | Field | Value |
|---|---|---|---|
| Offense | | | |
| UCR Crime Code | | | |
| Date/Time Reporting | 07/31/2014 19:30 THURSDAY | Call Received | UNKNOWN |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Dept. | SPECIAL INVESTIGATIONS |
| For Jurisdiction | SAINT LOUIS COUNTY | Reporting Officer | 3444 - MEYER |
| Case Status | ACTIVE | | |

### Dispatch Information

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Received | 07/31/2014 19:30 THURSDAY | Nature | MISC INCIDENT |
| Date/Time Dispatch | 07/31/2014 19:30 THURSDAY | Date/Time Arrival | 07/31/2014 19:30 THURSDAY |
| Unit Num. | 4441 | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | |

### Respond Location

| Field | Value |
|---|---|
| Street Address | ███████, SAINT LOUIS COUNTY, MISSOURI |
| Apt/Suite/Rm # | |
| Location Desc | |

### Caller Information

| Field | Value |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | |
| Area Code | |
| Location Desc | |
| Phone # | |

### Occurrence Details

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time From | 01/10/2014 02:45 FRIDAY | Date/Time To | 01/10/2014 03:20 FRIDAY |
| Premise | RESIDENCE | | |
| Street Address | ███████, SAINT LOUIS COUNTY, MISSOURI | | |
| Apt/Suite/Rm # | | Location Desc | |

### Burglary Details

| Field | Value | Field | Value |
|---|---|---|---|
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Entry Visible to Patrol? | | | |

### Other Agency

| Field | Value |
|---|---|
| Agency/Personnel | |

### Investigator(s)

| Field | Value | Field | Value |
|---|---|---|---|
| DSN | 2877 | Jurisdiction | SAINT LOUIS COUNTY |
| Name | KAVANAUGH, ADAM | Unit Assignment | SPECIAL INVESTIGATIONS |

### Management

| Field | Value | Field | Value |
|---|---|---|---|
| Date/Time Entered | 08/01/2014 09:52 FRIDAY | Entered By | AMY MEYER |

### Approval Record(s)

| Field | Value | Field | Value |
|---|---|---|---|
| FINAL APPROVAL | REBECCA PERSON | DSN 3107 | 08/11/2014 10:23 MONDAY |
| SUPERVISOR REVIEW | ADAM KAVANAUGH | DSN 2877 | 08/01/2014 10:38 FRIDAY |

Exhibit 2

Page 1 of 2