IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLY LEINERT, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No.: 4:14-CV-01719-CEJ |
| ) | |
| SAINT LOUIS COUNTY, MISSOURI, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Talmage E. Newton IV, and for and in support of his motion for leave to withdraw as counsel of record for the Plaintiffs, informs the Court that Plaintiff Kelly Leinert has instructed the firm of Newton Wright Barth, L.L.P. to withdraw from the case, and she has elected to proceed solely with existing co-counsel The Daniel Harvath Law Firm (who is already entered as counsel on the case).

WHEREFORE, Counsel requests the Court grant him leave to withdraw as counsel of record for Plaintiffs.

Respectfully submitted,

NEWTON WRIGHT BARTH, L.L.P.

By:  /s/ Talmage E. Newton IV
Talmage E. Newton IV, MO56647
tnewton@nwblegal.com
7515 Delmar Blvd.
St. Louis, Missouri 63130
(314) 272-4490 – Telephone
(314) 762-6710 – Facsimile

Co-Counsel for Plaintiff

## **Certificate of Service**

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record on this 23rd day of November, 2015, via the Court's electronic filing system.

/s/ T. Newton